United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 18-16903-pmm
Dora L. Reese                                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Oct 27, 2023 | Form ID: 138OBJ | Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dora L. Reese, 1979 72nd Avenue, Philadelphia, PA 19138-2731 |
| 14214388 | + | Abington Health Physicians, 1200 Old York Road, Abington, PA 19001-3720 |
| 14214390 | + | Brookside HealthCare & Rehabilitation Ce, 2630 Woodland Road, Roslyn, PA 19001-3013 |
| 14214398 | + | David Jaskowiak, Esq., 815 Greenwood Avenue, Suite 14, Jenkintown, PA 19046-2800 |
| 14214401 | + | Grimley Financial, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14214404 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14214413 | + | United Anes Service, PO Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 27 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14214387 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Oct 27 2023 23:56:00 | A-1 Collection Service, 2297 Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |
| 14214389 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2023 23:56:00 | Amerimark Premier, AmeriMark Customer Service, 6864 Engle Road, Cleveland, OH 44130-7910 |
| 14214394 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 23:56:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14214395 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 23:56:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14307242 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 23:56:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14214391 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 23:56:00 | Catherines/Comenity, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14214392 | + | Email/Text: ecf@ccpclaw.com | Oct 27 2023 23:56:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14214396 | + | Email/Text: bankruptcy@philapark.org | Oct 27 2023 23:56:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14214397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 23:56:00 | Comenity Bank/roamans, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

Case 18-16903-pmm   Doc 39   Filed 10/29/23   Entered 10/30/23 00:28:51   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14214399 | | Email/Text: bankruptcycourts@equifax.com | Oct 27 2023 23:56:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14214400 | ^ | MEBN | Oct 27 2023 23:55:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14214402 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2023 23:56:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14214403 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 23:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14239455 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 23:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14214406 | ^ | MEBN | Oct 27 2023 23:55:46 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14214408 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 23:56:00 | PNC Bank, Attn: Bankruptcy Department, PO Box 94982: Mailstop BR-YB58-01-5, Cleveland, OH 44101 |
| 14250223 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 23:56:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14250382 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2023 00:02:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14215289 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2023 00:02:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14214405 | | Email/Text: bankruptcygroup@peco-energy.com | Oct 27 2023 23:56:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14214407 | + | Email/Text: bankruptcy@philapark.org | Oct 27 2023 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14214409 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2023 00:14:10 | Portfolio Recovery, PO Box 41021, Norfolk, VA 23541-1021 |
| 14247113 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2023 23:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14216584 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:01:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14246967 | + | Email/Text: bncmail@w-legal.com | Oct 27 2023 23:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14214411 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 27 2023 23:56:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 14214412 | | Email/Text: DASPUBREC@transunion.com | Oct 27 2023 23:56:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14214410 | + | Email/Text: bncmail@w-legal.com | Oct 27 2023 23:56:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14243287 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 27 2023 23:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14214414 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 28 2023 00:01:34 | Wells Fargo Home Mortgage, INC.,, Bankruptcy Department, 1000 Blue Gentian Road, Suite 300, MAC X9999-01N, Eagan, MN 55121-1786 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 138OBJ | Total Noticed: 39 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14214393 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dora L. Reese mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Dora L. Reese

    Debtor(s)

Case No: 18−16903−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/27/23