Certificate Number: 16339-PAE-DE-037879922

Bankruptcy Case Number: 18-16903



16339-PAE-DE-037879922

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2023, at 8:57 o'clock PM EDT, Dora Reese completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 24, 2023           By:   /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor